# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1417

_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Birdine

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: March 28, 2022
Filed: April 5, 2022
[Unpublished]

_____

Before KELLY, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Anthony Birdine seeks a sentence reduction under Amendments 706, 750, and 782 to the Sentencing Guidelines. *See* 18 U.S.C. § 3582(c)(2). The district court[1] denied one, and we affirm.

In the course of addressing Birdine's motion, the district court explained why it denied relief. *See United States v. Burrell*, 622 F.3d 961, 964 (8th Cir. 2010). And that explanation was sufficient for us to conclude that there was no abuse of discretion. *See, e.g.*, *United States v. Lewis*, 827 F.3d 787, 790 (8th Cir. 2016).

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.